IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CANDY BOUQUET INTERNATIONAL INC.**                               **PLAINTIFF**

**VS.**                              **4:08CV00340 JMM**

**GINA McCLENDON**                                            **DEFENDANT**

### ORDER OF DISMISSAL

The Court has been notified by the parties that this action has been settled.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The Court retains complete jurisdiction until November 8, 2008, to rule on subsequent motions and to vacate this order to enforce the settlement agreement if the parties do not perform as required under the agreement and further litigation is necessary. The parties may also file any stipulation or settlement agreement within the above stated time.

IT IS FURTHER ORDERED that the motion for temporary restraining order and preliminary injunction (docket # 2) is moot.

Dated this 8th day of October 2008.

_____
UNITED STATES DISTRICT JUDGE